No. 7,927.—HELEN MARIE CLIFFORD, by Her Guardian ad Litem, MARGARET CLIFFORD, Respondent, v. THE MONTANA POWER COMPANY et al., Appellants.

Decided January 13, 1939.

PER CURIAM.—Upon motion of appellants and respondent it is ordered that the appeal in the above-entitled action be dismissed, the judgment appealed from having been paid and satisfied of record under authority of the trial court.

*Messrs. W. H. Hoover, J. V. Dwyer, Rex Henningsen* and *John E. Corette, Jr.,* and *Messrs. Kremer & Kremer,* for Appellants.

*Messrs. H. L. Maury, A. G. Shone, H. J. Freebourn* and *W. B. Freebourn,* for Respondent.